# EXHIBIT F



|  | | From | **Setec Investigations** |
|---|---|---|---|
|  | | | 8391 Beverly Blvd., #167 |
|  | | | Los Angeles, CA 90048 |

| Invoice ID | 8758 | Invoice For | **Black Lineage** |
|---|---|---|---|
| Issue Date | 11/09/2015 | | |
| Due Date | 12/09/2015 (Net 30) | | |
| Subject | The following is an invoice for the computer forensic and litigation support activities Setec Investigations has performed in support of the Cat3 v. Black Lineage matter. | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---:|---:|---:|
| Service | Onsite Forensic Acquisition Activities [8/18/15] | 1.00 | $275.00 | **$275.00** |
| Service | Processed Email Data to Perform Analysis to Isolate Electronic Evidence | 3.40 | $275.00 | **$935.00** |
| Service | Drafted Declaration | 4.30 | $275.00 | **$1,182.50** |
| Service | Deposition Preparation | 1.70 | $275.00 | **$467.50** |
| Service | Telephone Discussions | 2.50 | $275.00 | **$687.50** |
| Service | Deposition Testimony | 2.80 | $350.00 | **$980.00** |
| Service | Travel - Flight Time | 12.00 | $62.50 | **$750.00** |
| Expenses | 2 Hard Drives | 1.00 | $104.99 | **$104.99** |
| Expenses | Lodging | 1.00 | $525.66 | **$525.66** |
| Expenses | Parking | 1.00 | $63.50 | **$63.50** |
| Expenses | Transportation | 1.00 | $1,053.80 | **$1,053.80** |
| Expenses | Shipping | 1.00 | $82.48 | **$82.48** |
| Service | Retainer #1 Received | 1.00 | -$2,750.00 | **-$2,750.00** |
| Service | Retainer #2 Received | 1.00 | -$2,500.00 | **-$2,500.00** |

**Amount Due**    **$1,857.93**

**Notes**

**Please Remit To:**
Setec Security Technologies, Inc.
8391 Beverly Blvd #167
Los Angeles, CA 90048

To pay via credit card, please download the following credit card authorization form and email it to tori@setecinvestigations.com or fax it to (323) 939-5481:
www.setecinvestigations.com/CCAuth.doc

**Invoice Comments:**
Questions, concerns, issues, or inquiries regarding this invoice must be made in writing and received by Setec Investigations within 7 days of this invoice date. On the 7th day or after, all parties waive all rights to contest this invoice and agree to pay the full amount listed above.

Should any questions arise, please contact Tori Langlamet at (323) 939-5598 x113 or tori@setecinvestigations.com.



| | | | | |
|---|---|---|---|---|
| From | | | **Setec Investigations** | |
| | | | 8391 Beverly Blvd., #167 | |
| | | | Los Angeles, CA 90048 | |

| | | | | |
|---|---|---|---|---|
| Invoice ID | **8925** | | Invoice For | **Black Lineage** |
| Issue Date | 12/21/2015 | | | |
| Due Date | 01/20/2016 (Net 30) | | | |
| Subject | The following is an invoice for the computer forensic and litigation support activities Setec Investigations has performed in support of the Cat3 v. Black Lineage matter. | | | |

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Telephone Discussions | 0.50 | $275.00 | **$137.50** |
| Service | Testimony - Hearing | 2.00 | $350.00 | **$700.00** |
| Service | Travel - Flight Time | 6.50 | $62.50 | **$406.25** |
| Expenses | Transportation | 1.00 | $999.19 | **$999.19** |
| Expenses | Lodging | 1.00 | $355.32 | **$355.32** |
| Expenses | Per Diem | 1.00 | $74.00 | **$74.00** |
| Service | Outstanding Invoice #8758, Submitted 11/9/15 | 1.00 | $1,857.93 | **$1,857.93** |
| | | | **Amount Due** | **$4,530.19** |

**Notes**

**Please Remit To:**
Setec Security Technologies, Inc.
8391 Beverly Blvd #167
Los Angeles, CA 90048

To pay via credit card, please download the following credit card authorization form and email it to tori@setecinvestigations.com or fax it to (323) 939-5481:
www.setecinvestigations.com/CCAuth.doc

**Invoice Comments:**
Questions, concerns, issues, or inquiries regarding this invoice must be made in writing and received by Setec Investigations within 7 days of this invoice date. On the 7th day or after, all parties waive all rights to contest this invoice and agree to pay the full amount listed above.

Should any questions arise, please contact Tori Langlamet at (323) 939-5598 x113 or tori@setecinvestigations.com.

Page 1 of 1

Exhibit F
Page 37